Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd, Suite 880
Los Angeles, CA  91436
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
ANA ATKINS

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| ANA ATKINS, | Case No.: 5:16-cv-120-PA-KK |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| SYNCHRONY BANK; | |
| Defendant(s). | |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, ANA ATKINS, against Defendant, SYNCHRONY BANK, in the above-captioned proceeding are hereby dismissed, with prejudice.

Date: May 11, 2016                RESPECTFULLY SUBMITTED,

                    By: /s/ Matthew A. Rosenthal
                        Matthew A. Rosenthal
                        Attorney for Plaintiff,
                        ANA ATKINS

                    By: /s/ Raffi L. Kassabian
                        Raffi L. Kassabian
                        Attorney for Defendant,
                        SYNCHRONY BANK