JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

ANA ATKINS,  ) Case No.: 5:16-cv-120-PA-KK
 )
    Plaintiff, ) **ORDER**
 )
  v. )
 )
SYNCHRONY BANK; )
 )
    Defendant(s). )

Pursuant to the stipulation submitted by Plaintiff, ANA ATKINS, and Defendant, SYNCHRONY BANK, the present matter is hereby DISMISSED WITH PREJUDICE.

Date: May 12, 2016

_____
Hon. Percy Anderson
United States District Judge

[proposed] ORDER
- 1 -